UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:19-cr-30012-SEM-TSH-2 |
| SHAWN DAVIS, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender Joe Hartzler moves this Court for entry of an Order granting him and the Office of the Federal Public Defender for the Central District of Illinois leave to withdraw as Defendant's appointed counsel of record in the above-entitled case. The Federal Public Defender has a direct and irreconcilable conflict of interest that precludes continued representation of the Defendant in this case.

Respectfully submitted,

SHAWN DAVIS, Defendant,

By:  s/ Joe Hartzler
Joe Hartzler
Assistant Federal Public Defender
Office of the Federal Public Defender

600 East Adams, 3rd Floor
Springfield, Illinois 62701
Telephone: (217) 492-5070
Fax: (217) 492-5077
E-mail: joe_hartzler@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Crystal Correa
Assistant United States Attorney
Office of the U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806

                By: __s/ Joe Hartzler__
                Joe Hartzler
                Assistant Federal Public Defender
                Office of the Federal Public Defender
                600 East Adams, 3rd Floor
                Springfield, Illinois 62701
                Telephone: (217) 492-5070
                Fax: (217) 492-5077
                E-mail: joe_hartzler@fd.org